## Commonwealth *v.* Aucamp, Appellant.

Argued September 12, 1967. *E. William Heuser,* with him *Jonathan H. DeYoung,* and *Torak and DeYoung,* for appellant; *Henry T. Crocker,* Assistant District Attorney, with him *Richard A. Devlin* and *Anthony J. Scirica,* Assistant District Attorneys, and *Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Baker, Appellant.

Argued September 13, 1967. *John W. Packel,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Welsh S. White,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.